E-FILED
Thursday, 02 February, 2006 01:18:51 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

---

| | |
|---|---|
| GREEN BAY PACKAGING, INC., | ) |
|  Plaintiff, | ) No. |
| vs. | ) Judge |
| WILDWOOD INDUSTRIES, INC., | ) Magistrate Judge |
|  Defendant. | ) |

---

## COMPLAINT

Plaintiff Green Bay Packaging, Inc. ("Green Bay"), by its attorneys, complains against Defendant Wildwood Industries, Inc. ("Wildwood") as follows:

### NATURE OF ACTION

1.   This is a breach of contract action arising out of Wildwood's failure to submit payment due to Green Bay for products purchased from Green Bay under a line of credit extended to Wildwood from Green Bay. This action seeks damages and an accounting for Wildwood's failure to pay amounts due to Green Bay.

### THE PARTIES

2.   Plaintiff Green Bay is a Wisconsin corporation, with its principal place of business at 1700 N. Webster Court, Green Bay, Wisconsin 54302.

3.   Defendant Wildwood is an Illinois corporation with its principal place of business at 903 S. Morrissey Drive, Bloomington, Illinois 61701.

## JURISDICTION AND VENUE

4. This Court has jurisdiction pursuant to 28 U.S.C. § 1332, diversity of citizenship, in that the amount in controversy exceeds, exclusive of interest and costs, the sum of $75,000.00.

5. Venue in this judicial district is proper pursuant to 28 U.S.C. §1391(a).

## ALLEGATIONS

6. Green Bay is a manufacturer of paperboard packaging products.

7. Wildwood, desiring to purchase products from Green Bay, applied for and was given a line of credit from Green Bay on December 5, 2003. A copy of Wildwood's Credit Application/Agreement is attached as **Exhibit A**.

8. From August 9, 2005 through December 27, 2005, Wildwood purchased $254,872.15 of folding carton products from Green Bay's Folding Carton Division via written purchase orders under the line of credit extended to it by Green Bay. A copy of the statement of account detailing these charges is attached as **Exhibit B**.

9. On January 3, 2006, Green Bay sent a fax cover letter to Wildwood attaching a statement of account and requesting a partial payment of $178,697.15 for the portion of the amount owed that was more than 90 days overdue. Green Bay also requested that Wildwood send acknowledgement of receiving the fax cover letter and attachment. A copy of the January 3 fax cover letter is attached as **Exhibit C**.

10. When Wildwood failed to respond to the January 3 fax cover letter, Green Bay sent Wildwood a formal request to make arrangements to resolve the overdue balance that Wildwood owed Green Bay on January 9, 2006. In this January 9 letter, Green Bay requested that Wildwood respond within three business days. However, Wildwood again failed to respond. A copy of the January 9 letter is attached as **Exhibit D**.

11.     As of January 30, 2006, the amount due to Green Bay by Wildwood remains $254,872.15.

## BREACH OF CONTRACT BY WILDWOOD

12.     Green Bay realleges every allegation of Paragraphs 1 through 11 of this Complaint.

13.     Wildwood took out a line of credit from Green Bay to purchase products from Green Bay and under this line of credit, Wildwood purchased $254,872.15 of products from Green Bay.

14.     Wildwood is obligated to pay Green Bay $254,872.15 for products provided to Wildwood by Green Bay that remain unpaid for.

15.     As a result of Wildwood's actions, Green Bay has suffered and will continue to suffer substantial loss, damages and irreparable harm. Wildwood has refused to pay the amounts rightfully due Green Bay.

## PRAYER FOR JUDGMENT

WHEREFORE, Green Bay prays that judgment be entered as follows:

1.      Adjudging Wildwood to have breached its obligations to pay amounts due to Green Bay;

2.      Ordering an accounting by Wildwood of the sums due but unpaid from Wildwood to Green Bay;

3.      Awarding Green Bay compensatory damages, not less than $254,872.15, for losses caused by Wildwood's breach of its obligations to pay amounts due to Green Bay, and for an accounting and payment for all benefits received or derived by Wildwood by virtue of its breach and all damages sustained by Green Bay by reason of Wildwood's acts, including prejudgment and post-judgment interest;

      4.      Awarding Green Bay its costs and attorneys fees incurred in bringing this suit; and

      5.      Awarding Green Bay any such other and further relief as the Court deems just and proper.

Dated: February 2, 2006                                  Respectfully submitted,


                                                         s/ Timothy J. Howard
                                                              One of its attorneys

Timothy J. Howard
ARDC No. 01271202
HOWARD & HOWARD ATTORNEYS, P.C.
211 Fulton Street, Suite 600
Peoria, Illinois 61602-1350
(309) 672-1483 (telephone)
(309) 672-1568 (facsimile)
Email: THoward@howardandhoward.com

Frank W. Ierulli
ARDC No. 6211208
HOWARD & HOWARD ATTORNEYS, P.C.
211 Fulton Street, Suite 600
Peoria, Illinois 61602-1350
(309) 672-1483 (telephone)
(309) 672-1568 (facsimile)
Email: FIerulli@howardandhoward.com

Scott N. Schreiber
ARDC No. 6191042
MUCH SHELIST FREED DENENBERG
  AMENT & RUBENSTEIN, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2000 (telephone)
(312) 521-2100 (facsimile)
Email: sschreiber@muchshelist.com

Soo Choi
ARDC No. 6276426
MUCH SHELIST FREED DENENBERG
  AMENT & RUBENSTEIN, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2000 (telephone)
(312) 521-2100 (facsimile)
Email: schoi@muchshelist.com

*Attorneys for Plaintiff, Green Bay Packaging, Inc.*

g:\g\green bay packaging\pldgs\complaint.doc

Dec 03 03 07:48a  Dustin Schadt
Sent By: WILDWOOD INDUSTRIES;    309 829 2918;
NO.829  P.1
5633283538
Dec-5-03 5:00PM

E-FILED
Thursday, 02 February, 2006 01:19:05 PM
Clerk, U.S. District Court, ILCD

# Green Bay Packaging, Inc.

**Credit Application/Agreement**    Date 12-5-03

GBP DIVISION(S): 4    SALES REP # 48    REVIEWED BY PGW (Credit Coordinator)

| | | |
|---|---|---|
| BILL TO NAME | WILDWOOD INDUSTRIES, INC. | DIVISION/DBA OF _____ SUBSIDIARY OF _____ |
| BILL TO ADDRESS | 903 S. MORRISSEY DRIVE | |
| CITY/STATE/ZIP | BLOOMINGTON, IL 61701 | OWNERS, PARTNERS, PRINCIPAL OFFICERS: Name GARY K WILDER Title President/CEO  Name TONI J WILDER Title Corporate Sect. |
| PHONE # | 309-663-2313 | |
| FAX # | 309-829-2918 | BUSINESS TYPE (X) ___ Partnership ___ Proprietorship  ✓ Corporation __ LLC  YEAR ESTABLISHED 1978 |

CREDIT REQUESTED $ 50,000.00  ORDER PENDING $ 30,000

| BANK NAME/HEAD COUNT # | ADDRESS | CITY/STATE/ZIP | PHONE/FAX # |
|---|---|---|---|
| Name Busey Bank  Account # 661132-118-1 | 301 Fairway Drive | Bloomington, IL 61701 | Phone 309-663-8700  Fax 309-663-8740 x 235 |
| TRADE NAME | ADDRESS | CITY/STATE/ZIP | PHONE/FAX # |
| Name DDJ INDUSTRIES  Account # | 2155 Stonington Ave Hoffman Estates, IL 60195-2058 | | Phone 847-885-8585  Fax 847-885-4416 |
| Name GRAPHIC CONNECTION  Account # | 1121 Round Table | Dallas, TX 75247 | Phone 972-554-8000  Fax 972-554-1133  817-490-6176 for Amber  817-490-6176 |
| Name GLOPAK INDUSTRIES  Account # | 5014 19th Street | Brooklyn, NY 11204 | Phone 718-972-5447  Fax 718-972-3650 |

**TERMS:** Credit terms of any purchase order issued by customer, which are contrary to or modified and inconsistent with Green Bay Packaging Inc.'s standard terms will not be binding unless agreed upon in writing by the Credit Department of Green Bay Packaging Inc.

DO NOT WRITE BELOW THIS LINE (FOR CUSTOMER SIGNATURE ONLY)

**AUTHORIZATION:** The signatories hereby authorizes their financial institution or trade references to release credit information via telephone, fax, and/or mail to Green Bay Packaging Inc. This information will be held in confidence and used solely to establish credit or review the existing line of credit with Green Bay Packaging Inc. I attest that this credit application given is true and correct.

_____ (Authorized Signature)

Gary K. Wilder (Print Name)    President/CEO (Title)

Rev. 2/03    Form #12401



71455

# Green Bay Packaging Inc.

P.O. Box 19017, Green Bay, WI  54307-9017

**Statement of Account for:** Wildwood Industries  
**As of:** 1/30/06

| Invoice Date | Invoice Number | | Amount Due | Invoices aged 1-30 | 31-60 | 61-90 | Over 90 | Days Aged |
|---|---|---|---|---|---|---|---|---|
| 8/9/05 | 32063 | 32 | 7,014.89 | - | - | - | 7,014.89 | 174 |
| 8/10/05 | 32105 | 32 | 6,939.25 | - | - | - | 6,939.25 | 173 |
| 8/11/05 | 32155 | 32 | 750.00 | - | - | - | 750.00 | 172 |
| 8/15/05 | 74783 | 41 | 18,576.65 | - | - | - | 18,576.65 | 168 |
| 8/25/05 | 32684 | 32 | 8,238.67 | - | - | - | 8,238.67 | 158 |
| 8/29/05 | 32804 | 32 | 7,781.02 | - | - | - | 7,781.02 | 154 |
| 8/29/05 | 32805 | 32 | 327.00 | - | - | - | 327.00 | 154 |
| 8/30/05 | 74905 | 41 | 18,373.60 | - | - | - | 18,373.60 | 153 |
| 8/30/05 | 74906 | 41 | 4,539.36 | - | - | - | 4,539.36 | 153 |
| 8/31/05 | 74984 | 41 | 32,377.10 | - | - | - | 32,377.10 | 152 |
| 9/16/05 | 33397 | 32 | 1,835.21 | - | - | - | 1,835.21 | 136 |
| 9/30/05 | 75253 | 41 | 71,944.40 | - | - | - | 71,944.40 | 122 |
| 10/18/05 | 75422 | 41 | 3,456.40 | - | - | - | 3,456.40 | 104 |
| 10/20/05 | 75455 | 41 | 70,093.60 | - | - | - | 70,093.60 | 102 |
| 10/31/05 | 75561 | 41 | 550.00 | - | - | - | 550.00 | 91 |
| 11/9/05 | 75655 | 41 | 550.00 | - | - | 550.00 | - | 82 |
| 11/28/05 | 75815 | 41 | 150.00 | - | - | 150.00 | - | 63 |
| 11/30/05 | 75847 | 41 | 550.00 | - | - | 550.00 | - | 61 |
| 12/6/05 | 75938 | 41 | 550.00 | - | 550.00 | - | - | 55 |
| 12/27/05 | 76140 | 41 | 275.00 | - | 275.00 | - | - | 34 |
| **TOTALS** | | | 254,872.15 | - | 825.00 | 1,250.00 | 252,797.15 | |

GBP Confidential                                            Page 1



EXHIBIT B

# Green Bay Packaging Inc.

1700 N. Webster Court
P. O. Box 19017
Green Bay, WI 54307-9017

CORPORATE CREDIT

*cc: R. Garber*
*J. Lengsfield*
*J. Albers*
*D. Schatd*
*P. Garrigan*
*S. Aguirre*
*S. [illegible]*
*[illegible]*

## FAX COVER LETTER

**TO:** Gary Wilder      **DATE:** 1/3/06

**FROM:** Bob Zingler      **FAX NO:** 309-829-2918

We are transmitting __2__ pages, including this page. If you do not receive all of the pages indicated, please call us as soon as possible. Our Phone Number is (920) 433-5186.

**MESSAGE:** Good Morning Gary-Please find attached to this fax a statement of account. We have not received a payment since October, 2005. It is imperative we receive a partial payment of $178,697.15 early this week. Kindly forward me an acknowledgement of this fax. Thank you, Gary.

Regards,

*Bob*

**IMPORTANT CONFIDENTIAL NOTICE**

THE DOCUMENTS INCLUDED IN THIS FACSIMILE TRANSMISSION ARE CONFIDENTIAL AND CONTAIN INFORMATION THAT MAY BE LEGALLY PRIVILEGED.

Return Fax: (920) 433-5321

**EXHIBIT C**

# Green Bay Packaging Inc.
P.O. Box 19017, Green Bay, WI 54307-9017

**Statement of Account for:** Wildwood Industries
**As of:** 1/2/06

| Invoice Date | Invoice Number | | Amount Due | Invoices aged | | | | Days Aged |
|---|---|---|---|---|---|---|---|---|
| | | | | 1-30 | 31-60 | 61-90 | Over 90 | |
| 8/9/05 | 32063 | 32 | 7,014.89 | - | - | - | 7,014.89 | 147 |
| 8/10/05 | 32105 | 32 | 6,939.25 | - | - | - | 6,939.25 | 146 |
| 8/11/05 | 32155 | 32 | 750.00 | - | - | - | 750.00 | 145 |
| 8/15/05 | 74783 | 41 | 18,576.65 | - | - | - | 18,576.65 | 141 |
| 8/25/05 | 32684 | 32 | 8,238.67 | - | - | - | 8,238.67 | 131 |
| 8/29/05 | 32804 | 32 | 7,781.02 | - | - | - | 7,781.02 | 127 |
| 8/29/05 | 32805 | 32 | 327.00 | - | - | - | 327.00 | 127 |
| 8/30/05 | 74905 | 41 | 18,373.60 | - | - | - | 18,373.60 | 126 |
| 8/30/05 | 74906 | 41 | 4,539.36 | - | - | - | 4,539.36 | 126 |
| 8/31/05 | 74984 | 41 | 32,377.10 | - | - | - | 32,377.10 | 125 |
| 9/16/05 | 33397 | 32 | 1,835.21 | - | - | - | 1,835.21 | 109 |
| 9/30/05 | 75253 | 41 | 71,944.40 | - | - | - | 71,944.40 | 95 |
| 10/18/05 | 75422 | 41 | 3,456.40 | - | - | 3,456.40 | - | 77 |
| 10/20/05 | 75455 | 41 | 70,093.60 | - | - | 70,093.60 | - | 75 |
| 10/31/05 | 75561 | 41 | 550.00 | - | - | 550.00 | - | 64 |
| 11/9/05 | 75655 | 41 | 550.00 | - | 550.00 | - | - | 55 |
| 11/28/05 | 75815 | 41 | 150.00 | - | 150.00 | - | - | 36 |
| 11/30/05 | 75847 | 41 | 550.00 | - | 550.00 | - | - | 34 |
| 12/6/05 | 75938 | 41 | 550.00 | 550.00 | - | - | - | 28 |
| 12/27/05 | 76140 | 41 | 275.00 | 275.00 | - | - | - | 7 |
| **TOTALS** | | | 254,872.15 | 825.00 | 1,250.00 | 74,100.00 | 178,697.15 | |

01/09/06 MON 15:25 [TX/RX NO 8380]

**Tina M. Dahle, S.C.**
*Attorney and Counselor at Law*
801 E. Walnut  P.O. Box 1656, Green Bay, Wisconsin 54305
(920) 437-1049  Fax: (920) 437-1103

January 9, 2006

<u>VIA FACSIMILE and U.S. MAIL</u>

Wildwood Industries, Inc.
Attn: Gary Wilder, President
903 S. Morrissey Drive
Bloomington, IL 61704

Re:   Overdue Account Balance with Green Bay Packaging, Inc.

Dear Mr. Wilder:

We represent Green Bay Packaging, Inc. Wildwood Industries, Inc.'s total overdue account balance of $254,872.15 has been referred to us for collection. As you are well aware, $178,697.15 of this outstanding balance is no less than 90 days overdue. Despite prior requests from Green Bay Packaging, no payment has been received from your company since October 2005.

Please consider this letter our formal request to make arrangements to resolve this overdue balance. In the event that arrangements have not been made with either our office, or the office of Robert J. Zingler of Green Bay Packaging, within three (3) business days, we shall have no alternative but to initiate litigation in the Circuit Court for Brown County, Wisconsin to collect this sum. Should such litigation prove to be necessary, we will seek not only the overdue balance, but interest, court costs and attorneys' fees. Any judgment obtained will be collected by any lawful means available to us including, but not limited to, execution against personal property, garnishments and supplementary proceedings.

Green Bay Packaging appreciates your business and would regret the necessity of proceeding as outlined above, but your failure to make contact us within three (3) business days will leave us with no alternative. Your anticipated cooperation will be in your best interest.

Very truly yours,

TINA M. DAHLE, S.C.

By _____
      Tina M. Dahle

TMD/cme
cc:   Mr. Robert J. Zingler (via fax)

**EXHIBIT D**

**ATTACHMENT**

Timothy J. Howard
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, Illinois 61602
(309) 672-1483 (telephone)
(309) 672-1568 (facsimile)

Frank W. Ierulli
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, Illinois 61602
(309) 672-1483 (telephone)
(309) 672-1568 (facsimile)

Scott Schreiber
MUCH SHELIST FREED DENENBERG
  AMENT & RUBENSTEIN, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2000 (telephone)
(312) 521-2100 (facsimile)

Soo Choi
MUCH SHELIST FREED DENENBERG
  AMENT & RUBENSTEIN, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2000 (telephone)
(312) 521-2100 (facsimile)

JS 44 (Rev. 11/04)    **CIVIL COVER SHEET**    E-FILED
Thursday, 02 February, 2006 01:19:46 PM
Clerk, U.S. District Court, ILCD

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
GREEN BAY PACKAGING, INC.,

**(b)** County of Residence of First Listed Plaintiff: Brown County, WI
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
{see attachment}

### DEFENDANTS
WILDWOOD INDUSTRIES, INC.

County of Residence of First Listed Defendant: McLean County, IL
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 530 General | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
12 U.S.C. 1332
Brief description of cause:
Breach of contract for goods sold.

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 02/02/2006
SIGNATURE OF ATTORNEY OF RECORD: /s/ Timothy J. Howard

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____