E-FILED
Thursday, 02 February, 2006 01:23:56 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_Central_ DISTRICT OF _Illinois_

GREEN BAY PACKAGING, INC.,
Plaintiff,

v.

WILDWOOD INDUSTRIES, INC.,
Defendant.

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

GREEN BAY PACKAGING, INC., Plaintiff

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/2/2006 | /s/ Frank W. Ierulli |
| Date | Signature |
| | Frank W. Ierulli — 6211208 |
| | Print Name — Bar Number |
| | 211 Fulton Street, Suite 600 |
| | Address |
| | Peoria — Illinois — 61602 |
| | City — State — Zip Code |
| | (309) 672-1483 — (309) 672-1568 |
| | Phone Number — Fax Number |