AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Central                    DISTRICT OF                    Illinois

GREEN BAY PACKAGING, INC.,
Plaintiff,

v.

WILDWOOD INDUSTRIES, INC.,
Defendant.

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

GREEN BAY PACKAGING, INC., Plaintiff

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/2/2006 | /s/ Scott Schreiber |
| Date | Signature |
| | Scott Schreiber — 6191042 |
| | Print Name — Bar Number |
| | 191 N. Wacker Drive, Suite 1800 |
| | Address |
| | Chicago — Illinois — 60606 |
| | City — State — Zip Code |
| | (309) 521-2000 — (309) 521-2100 |
| | Phone Number — Fax Number |