AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

_____Central_____ DISTRICT OF _____Illinois_____

GREEN BAY PACKAGING, INC.,
Plaintiff,

v.

WILDWOOD INDUSTRIES, INC.,
Defendant.

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
GREEN BAY PACKAGING, INC., Plaintiff

I certify that I am admitted to practice in this court.

_____2/2/2006_____
Date

/s/ Soo Choi
Signature

Soo Choi                                                    6276426
Print Name                                              Bar Number

191 N. Wacker Drive, Suite 1800
Address

Chicago                Illinois              60606
City                    State              Zip Code

(309) 521-2000           (309) 521-2100
Phone Number              Fax Number