**E-FILED**
Thursday, 02 February, 2006  01:26:11 PM
Clerk, U.S. District Court, ILCD

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Green Bay Packaging, Inc., furnishes the following in compliance with Rule 11.3 of this Court:

1.    The full name of every party or amicus the attorney represents in the case:

   **Green Bay Packaging, Inc.**

2.    If such party or amicus is a corporation:

   a.    Its parent corporation, if any;
   b.    A list of corporate stock holders which are publicly held companies owning 10% or more of the stock of the party or amicus if it is a publicly held company.

   **a.    Green Bay does not have a parent corporation;**
   **b.    Green Bay is a privately held company.**

3.    Name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case:

   **Howard & Howard Attorneys P.C.**
   **Much Shelist Freed Denenberg Ament & Rubenstein, P.C.**

Respectfully submitted,

s/ Timothy J Howard

Timothy J. Howard
ARDC No. 01271202
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, IL  61602-1350
Telephone:    (309) 672-1483
Facsimile:    (309) 672-1568
Email: THoward@howardandhoward.com

Frank W. Ierulli
ARDC No. 6211208
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, IL  61602-1350
Telephone:     (309) 672-1483
Facsimile:     (309) 672-1568
Email:  FIerulli@howardandhoward.com

Scott N. Schreiber
ARDC No. 6191042
MUCH SHELIST FREED DENENBERG
  AMENT & RUBENSTEIN, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2000 (telephone)
(312) 521-2100 (facsimile)
Email: sschreiber@muchshelist.com

Soo Choi
ARDC No. 6276426
MUCH SHELIST FREED DENENBERG
  AMENT & RUBENSTEIN, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2000 (telephone)
(312) 521-2100 (facsimile)
Email: schoi@muchshelist.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2006, I electronically filed Plaintiff's Certificate of Interest with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

s/ Timothy J. Howard

Timothy J. Howard
ARDC No. 01271202
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, Illinois 61602-1350
Telephone:    (309) 672-1483
Facsimile:    (309) 672-1568
Email: THoward@howardandhoward.com

g:\g\green bay packaging\pldgs\certificate of interest1.doc