IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

---

| | |
|---|---|
| GREEN BAY PACKAGING, INC., ) | |
| Plaintiff, ) | No.: 06-CV-01021 |
| vs. ) | Judge: Michael M. Mihm |
| WILDWOOD INDUSTRIES, INC., ) | Magistrate Judge: John A. Gorman |
| Defendant. ) | |

---

## MOTION TO WITHDRAW APPEARANCE OF SOO CHOI

I, Soo Choi, having recently ended my employment with the law firm of Much, Shelist, Freed, Denenberg, Ament & Rubenstein, P.C. ("Much Shelist"), hereby move to withdraw my appearance as one of the counsel for Plaintiff, Green Bay Packaging, Inc. ("Green Bay"). Other attorneys from Much Shelist continue to represent Green Bay in this litigation. Accordingly, I respectfully ask the Court to grant this motion and withdraw my appearance.

Dated: February 22, 2006

Respectfully submitted,

   /s/ Soo Choi
Soo Choi
c/o Much Shelist Freed Denenberg
Ament & Rubenstein, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, Illinois  60606
Tel. (312) 521-2000

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing **Motion to Withdraw Appearance of Counsel** was served on the following by U.S. Mail this 22nd day of February 2006:

                Bob Zingler
                Green Bay Packaging
                P.O. Box 19017
                Green Bay, Wisconsin  54307-9017

                              /s/ **Soo Choi**
                              Soo Choi