E-FILED

Monday, 13 March, 2006  11:50:11 AM

Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| **GREEN BAY PACKAGING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No.    **06-1021** |
| | ) | |
| **v.** | ) | **Judge:** Michael M. Mihm |
| | ) | |
| **WILDWOOD INDUSTRIES, INC.,** | ) | **Magistrate Judge:** John A. Gorman |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF DISMISSAL

Pursuant Federal Rule of Civil Procedure 41(a)(1)(i), Green Bay Packaging, Inc. voluntarily dismisses the above-captioned case with prejudice, with each party to bear its own costs.

Dated: March 13, 2006                                        Respectfully submitted,


s/ Timothy J. Howard
One of its attorneys

Timothy J. Howard
ARDC No. 01271202
HOWARD & HOWARD ATTORNEYS, P.C.
211 Fulton Street, Suite 600
Peoria, Illinois 61602-1350
(309) 672-1483 (telephone)
(309) 672-1568 (facsimile)
Email:  THoward@howardandhoward.com

Frank W. Ierulli
ARDC No. 6211208
HOWARD & HOWARD ATTORNEYS, P.C.
211 Fulton Street, Suite 600
Peoria, Illinois 61602-1350
(309) 672-1483 (telephone)
(309) 672-1568 (facsimile)
Email:  FIerulli@howardandhoward.com

Scott N. Schreiber
ARDC No. 6191042
MUCH SHELIST FREED DENENBERG
  AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2000 (telephone)
(312) 521-2100 (facsimile)
Email:  sschreiber@muchshelist.com


*Attorneys for Plaintiff, Green Bay
Packaging, Inc.*

g:\g\green bay packaging\pldgs\notice of dismissal.doc